DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

AGEE v. AGEE

No. 197 PC.

Case below: 46 N.C. App. 122.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

BECKER v. BECKER

No. 222 PC.

Case below: 46 N.C. App. 348.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

BUSHNELL v. BUSHNELL

No. 218 PC.

Case below: 46 N.C. App. 348.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 July 1980.

DeCARLO v. GERRYCO, INC.

No. 211 PC.

No. 68 (Fall Term).

Case below: 46 N.C. App. 15.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 15 July 1980.

GOFORTH v. GOFORTH

No. 175 PC.

Case below: 45 N.C. App. 554.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 July 1980. Appeal dismissed 15 July 1980.